# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WESLEY JAVIER GASPAR,<br>　　　　　Defendant. | Case No.: 21-CR-03080-TWR<br><br>**ORDER AND JUDGMENT TO DISMISS WITHOUT PREJUDICE;** |

　　Upon motion of the United States of America and good cause appearing,

　　IT IS HEREBY ORDERED that the INFORMATION in the above-entitled case be dismissed without prejudice.

　　IT IS SO ORDERED AND ADJUDGED.

DATED: April 1, 2022.

_____
HONORABLE TODD W. ROBINSON
United States District Judge